**Order entered October 10, 2016**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00298-CR

**MONTRANCE TYRONE ROBERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-51843-N**

## ORDER

The reporter's record was due July 7, 2016. When the record was not filed, we abated this case for a hearing. We reinstated the case, adopted the trial court's findings that recommended court reporter Sandra Hughes receive a three-week extension of time, and ordered the reporter's record filed no later than September 21, 2016. To date, Ms. Hughes has not filed the reporter's record or communicated with this Court.

The Court **ORDERS** court reporter Sandra Hughes to file the reporter's record within **FIFTEEN DAYS** of the date of this order. If Ms. Hughes fails to file the reporter's record by the time specified, the Court will utilize its available remedies, which may include ordering that Sandra Hughes not sit as a court reporter until she files the reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Fred Tinsley, Presiding Judge, 195th Judicial District Court; Sandra Hughes, court reporter, and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE